Opinion issued August 31, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00192-CV

———————————

PHILLIP HILOW, Appellant

V.

LLOYD FAULK AND ROBERT PEREZ,
Appellees



 



 

On Appeal from County Civil Court at Law No. 4

Harris County, Texas



Trial Court Case No. 898698

 



 

MEMORANDUM OPINION

          Appellant Phillip Hilow has neither established
indigence, nor paid all the required fees. 
See Tex. R. App. P.
5 (requiring payment of fees in civil cases unless indigent), 20.1 (listing
requirements for establishing indigence); see also Tex. Gov’t Code Ann. §§ 51.207,
51.941(a) (Vernon 2005), § 101.041 (Vernon Supp. 2009) (listing fees in court of
appeals); Fees Civ. Cases B(1),
(3) (listing fees in court of appeals). 
After being notified that this appeal was subject to dismissal, Hilow
did not adequately respond.  See Tex. R. App. P. 5 (allowing enforcement
of rule); 42.3(c) (allowing involuntary dismissal of case).

          The
appeal is dismissed for nonpayment of all required fees.  All pending motions are denied.

 

PER CURIAM

 

Panel consists of Justices Jennings, Alcala,
and Massengale.